# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**STEVEN BOOTH,**

CASE NO: **1:09–CV–00637–LJO–SMS**

v.

**COMMISSIONER OF INTERNAL REVENUE,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 7/9/2009**

        **Victoria C. Minor**
        Clerk of Court

ENTERED: **July 9, 2009**

by: /s/ S. Sant Agata
        Deputy Clerk